(121 So. 923)

Arthur HEAD v. STATE. (8 Div. 732.)

Court of Appeals of Alabama. March 26, 1929.

Wm. C. Rayburn, of Guntersville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

■

(128 So. 916)

R. E. HEADY v. TUSCALOOSA LUMBER CO.

6 Div. 776.

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Affirmed.

■

(121 So. 923)

Bud HENDON v. STATE. (6 Div. 412.)

Court of Appeals of Alabama. March 26, 1929.

J. D. Acuff, of Jasper, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed.

■

(125 So. 922)

James HERRING v. CITY OF PHENIX CITY.
(4 Div. 451.)

Court of Appeals of Alabama. Dec. 19, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

■

(119 So. 922)

J. C. HERRING, alias, etc., v. STATE.
(6 Div. 469.)

Court of Appeals of Alabama. Dec. 18, 1928.

BRICKEN, P. J. From a judgment of conviction for the offense of robbery, carrying a sentence of 15 years' imprisonment in the penitentiary, this appeal was taken. Let the judgment of conviction in the lower court stand affirmed, and be duly executed, as the appeal is upon the record proper only, which is without error.

Affirmed.

■

(127 So. 921)

Harrison HERROD, alias Herring, v. STATE.

6 Div. 826.

Court of Appeals of Alabama.
April 15, 1930.

SAMFORD, J.
Appeal dismissed.

■

(123 So. 925)

Lillian C. HICKMAN v. G. E. HOWELL.
(1 Div. 905.)

Court of Appeals of Alabama. July 13, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.